Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Robert Jones*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JONES, Derivatively on behalf of GITLAB INC., <br><br>         Plaintiff, <br><br>      v. <br><br> SYTSE SIJBRANDIJ, BRIAN G. ROBINS, KAREN BLASING, MERLINE SAINTIL, GODFREY SULLIVAN, MATTHEW JACOBSON, SUNDEEP BEDI, and SUE BOSTROM, <br><br>         Defendants, <br><br> GITLAB INC., <br><br>         Nominal Defendant | Case No. <br><br> **VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** |

Plaintiff Robert Jones ("Plaintiff"), by and through his undersigned attorneys, brings this derivative complaint for the benefit of nominal defendant, GitLab Inc. ("GitLab" or the "Company"), against its Board of Directors (the "Board") and certain of its executive officers seeking to remedy Defendants' breaches of fiduciary duties and violations of Sections 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"). Plaintiff's allegations are based upon his personal knowledge as to himself and his own acts, and upon information and belief, developed from the investigation and analysis by Plaintiff's counsel, including a review of publicly available information, including filings by GitLab with the U.S. Securities and Exchange Commission ("SEC"), press releases, news reports, analyst reports, investor conference transcripts, publicly available filings in lawsuits, and matters of public record.

## I.    NATURE AND SUMMARY OF THE ACTION

1.    GitLab is a software development company that offers the DevSecOps Platform, which is an application and interface that allows development, security, and operations teams to work together in a single tool with a single workflow.

2.    In March 2023, the Company announced a 53% price increase for the Premium tier of customers, which constitute 60% of GitLab's annual recurring revenue.

3.    The Individual Defendants caused GitLab to overstate customer adoption of the artificial intelligence ("AI") features offered and customer retention following the Premium price increase.

4.    On March 4, 2024, GitLab issued a press release announcing its fourth quarter 2024 financial results, reporting $163.8 million revenue (33% year-over-year growth) and $579.9 million annual revenue (37% year-over-year growth). The Company also announced fiscal 2025 guidance, expecting revenue between $725 and $731 million, representing a growth rate of approximately 26% year-over-year. The reduced guidance reflected "normalization in buying behavior." On this news, the Company's stock price fell 21% to close at $58.84 per share on March 5, 2024.

5.    On June 3, 2024, following the completion of its annual standalone selling price ("SSP") analysis, GitLab announced an estimated $4 million headwind to fiscal 2025 guidance. On this news, the Company's stock price fell 5%.

6.    On June 25, 2024, GitLab announced the results of a survey with 5,300 chief experience officers, IT leaders, developers, and security and operations professionals regarding DevSecOps. The Company reported that, though 69% of global chief experience officers were shipping software at least twice as fast as the prior year, only 26% had implemented AI. 56% of respondents found AI to be risky, and 40% cited concerns about privacy and data security as the top obstacle to implementing AI in the software development cycle.

7.    On July 1, 2024, GitLab announced an SMB Premium Tier for $19 per user per month, which effectively rolled back the prior year's price increase for this tier.

8.    The foregoing revelations precipitated the filing of a securities class action in this district against GitLab and certain of the Defendants named herein, captioned *Dolly v. GitLab Inc., et al.*, Case No. 5:24-cv-06244 (the "Securities Class Action").

9.    Plaintiff did not make a litigation demand prior to filing this action because such action would have been futile based upon the composition of the Board and the actions taken by the Board, as alleged herein.

## II.    JURISDICTION AND VENUE

10.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that this Complaint states a federal question: violations of Section 14(a) of the Exchange Act.  This Court has supplemental jurisdiction over the state law claims asserted herein pursuant to 28 U.S.C. § 1367(a).  This action is not a collusive one to confer jurisdiction on a court of the United States which it would not otherwise have.

11.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1401 because a substantial portion of the transactions and wrongs complained of herein occurred in this District, and the Defendants have received substantial compensation in this district by engaging in numerous activities that had an effect in this District.

## III.    PARTIES

**Plaintiff**

12.    Plaintiff Robert Jones purchased shares of GitLab stock in February 2024 and has continuously owned his GitLab stock since that date.

**Nominal Defendant**

13.    Nominal Defendant GitLab is a Delaware corporation. It does not maintain a headquarters because it is a remote-only company. Its Class A common stock trades on the Nasdaq exchange under the symbol "GTLB."

**Defendants**

14.    Defendant Syste Sijbrandij ("Sijbrandij") is the Company's co-founder and has served as Chief Executive Officer ("CEO") from September 2014 to December 2024. He has been a director since September 2014. He is named as a defendant in the Securities Class Action.

15.    Defendant Brian G. Robins ("Robins") has served as Chief Financial Officer of GitLab since October 2020.

16.    Defendant Karen Blasing ("Blasing") has served as a director of the Company since August 2019.

17.    Defendant Merline Saintil ("Saintil") has served as a director of the Company since November 2020.

18.    Defendant Godfrey Sullivan ("Sullivan") has served as a director of the Company since January 2020.

19.    Defendant Matthew Jacobson ("Jacobson") has served as a director of the Company since August 2018.

20.    Defendant Sundeep Bedi ("Bedi") has served as a director of the Company since August 2021.

21.    Defendant Sue Bostrom ("Bostrom") has served as a director of the Company since April 2019.

22.    Defendants Sijbrandij, Robins, Blasing, Saintil, Sullivan, Jacobson, Bedi, and Bostrom are sometimes referred to hereinafter as the "Individual Defendants."

## IV.    DUTIES OF THE INDIVIDUAL DEFENDANTS

23.    By reason of their positions as officers, directors, and/or fiduciaries of GitLab and because of their ability to control the business and corporate affairs of GitLab, at all relevant times, the Individual Defendants owed GitLab and its shareholders fiduciary obligations of good faith,

loyalty, and candor, and were required to use their utmost ability to control and manage GitLab in a fair, just, honest, and equitable manner. The Individual Defendants were required to act in furtherance of the best interests of GitLab and its shareholders so as to benefit all shareholders equally and not in furtherance of their personal interest or benefit. Each director and officer of the Company owes to GitLab and its shareholders a fiduciary duty to exercise good faith and diligence in the administration of the affairs of the Company and in the use and preservation of its property and assets, and the highest obligations of fair dealing.

24.     The Individual Defendants, because of their positions of control and authority as directors and/or officers of GitLab, were able to and did, directly and/or indirectly, exercise control over the wrongful acts complained of herein. Because of their advisory, executive, managerial, and directorial positions with GitLab, each of the Individual Defendants had knowledge of material non-public information regarding the Company.

25.     To discharge their duties, the officers and directors of GitLab were required to exercise reasonable and prudent supervision over the management, policies, practices and controls of the Company. By virtue of such duties, the officers and directors of GitLab were required to, among other things:

(a)     Exercise good faith to ensure that the affairs of the Company were conducted in an efficient, business-like manner so as to make it possible to provide the highest quality performance of their business;

(b)     Exercise good faith to ensure that the Company was operated in a diligent, honest, and prudent manner and complied with all applicable federal and state laws, rules, regulations and requirements, and all contractual obligations, including acting only within the scope of its legal authority;

(c)     Exercise good faith to ensure that the Company's communications with the public and with shareholders are made with due candor in a timely and complete fashion; and

(d)     When put on notice of problems with the Company's business practices and operations, exercise good faith in taking appropriate action to correct the misconduct and prevent its recurrence.

**V.    SUBSTANTIVE ALLEGATIONS**

    **A.    Background**

    26.    GitLab is a software development company that offers the DevSecOps Platform, which is an application and interface that allows development, security, and operations teams to work together in a single tool with a single workflow. It purportedly reduces the software development cycle times "from weeks to minutes" by eliminating manual work, increasing productivity, and creating a culture of innovation and velocity.

    27.    At the end of fiscal 2024,[1] the Company had more than 30 million registered users and claimed more than 50% of the Fortune 100 companies as customers.

    28.    DevSecOps is offered as a self-managed or software-as-a-service ("Saas") subscription. For self-managed subscriptions, the customer installs GitLab on their own, and the Company offers support, maintenance, upgrades, and updates. Revenue is recognized ratably over the contract period based on the stand-ready nature of subscription elements. The contracts include a license for the Company's proprietary software features; that revenue is recognized upfront when the software license is made available to the customers. For a SaaS subscription, the platform is managed by the Company, and revenue is recognized ratably when GitLab's performance obligation is satisfied.

    29.    GitLab offers a tiered pricing structure. The free tier offers features to encourage use of the DevSecOps platform and generates leads to become paid customers. The Premium tier and the highest-cost Ultimate tier offer additional features geared toward managers, directors, and executives. For fiscal 2024, Premium subscriptions accounted for 60% of total annual recurring revenue ("ARR"). ARR is the annualized monthly recurring revenue, which in turn is the aggregate monthly revenue from subscriptions.

    30.    On March 2, 2023, GitLab announced a 53% price increase for the Premium tier, from $19 to $29 per user per month. This price increase reflected that the tier offered more than 400

---

[1] The Company's fiscal year ends at the end of January. For example, fiscal 2024 is the period ended January 31, 2023.

features to help customers "deliver[] high-quality software faster." Existing Premium customers would pay a one-time transition price of $24 per user per month for upcoming renewals until April 2, 2024.

**B.    The Individual Defendants Cause the Company to Issue Materially Misleading Statements**

31.    On June 5, 2023, the Individual Defendants caused GitLab to issue a press release reporting its first quarter 2024 financial results. It stated: "***Today, we deliver more AI-powered capabilities to customers than any other DevSecOps platform***."[2]  It quoted Defendant Robins as saying, "Against a backdrop of macroeconomic uncertainty, customers are looking to our AI-powered DevSecOps platform to drive efficiencies, increase productivity, and accelerate their pace of innovation. ***We are poised to make the most of the estimated $40B total addressable market opportunity before us***."

32.    The same day, the Company held a conference call to discuss the first quarter 2024 earnings with analysts and investors (the "1Q24 Earnings Call"). During the call, Defendant Sijbrandij touted GitLab's product capabilities and customer satisfaction, stating in relevant part:

> We continue to focus on incorporating AI throughout our DevSecOps platform. ***We're innovating at a fast pace. In 1Q, we delivered 5 new AI features. And in the first half of May alone, we delivered 5 additional features. All of these are available to customers now, and we continue to iterate on Code Suggestions. This feature allows developers to write code more efficiently by receiving code suggestions as they type. Code Suggestions is available on gitlab.com for all users while in beta. We expect Code Suggestions will be generally available later this year.*** One of the guiding principles with Code Suggestions is to make it available and accessible to all developers everywhere.
>
> ***We also extended language support so that more developers can realize the benefits of AI on our platform. In 1Q, we increased language support from the initial 6 languages to now 13 languages.*** Code Suggestions is uniquely built with privacy first as a critical foundation. Our customers' proprietary source code never leaves GitLab's cloud infrastructure. This means that their source code stays secure. In addition, model output is not stored and not used as training data. ***AI is not only changing how software is developed, it's also amplifying the value of having a DevSecOps platform.*** DevSecOps is a category that we created, and we're seeing it enter a mainstream adoption phase.

*        *        *

---

[2] Unless otherwise stated, all emphasis in bold and italics hereinafter is added.

*This quarter, we had many conversations with senior-level customers*, but one with the CTO from a top 5 European bank really stands out. At first, we focused on many of our differentiated features that only a DevSecOps platform can provide. For example, we talked about the benefits of Value Stream Dashboards, DORA metrics and compliance on a single platform. When the conversation moved into AI, a CTO said something extremely interesting. He said code generation is only one aspect of the development cycle. If we only optimize code generation, everything else downstream from the development team, including QAs, security and operations, breaks because these other teams involved in software development can't keep up. This point, *incorporating AI throughout the software development life cycle is at the core of our AI strategy*.

*Today, our customers have the ability to use Code Suggestions for code creation, Suggested Reviewers for code review, Explain This Vulnerability for vulnerability remediation, Value Stream Forecasting for predicting future team efficiency and much more. We're proud to have 10 AI features available to customers today, almost 3x more than the competition*.

*Applying AI to a single data store for a full software development life cycle also creates compelling business outcomes. We believe that this is something that can only be done with GitLab. We see a lot of excitement surrounding AI at the executive level. We are hearing from customers that AI is motivating them to assess how they develop, secure and operate software through a new lens. Enterprise-level companies who may not have been in the market until 2024, 2025, 2026 are reevaluating their strategies.* On top of that, there's new personas entering the mix. As chief information security officers navigate this new AI-powered world, they are working to empower their teams to benefit from AI and apply appropriate governance, security, compliance and auditability.

*In all, we believe that AI will increase the total addressable market for several reasons.* First, AI will make writing code easier which, we believe, will expand the audience of people, such as junior and citizen developers who build software. Second, as these developers become more productive, we see software becoming less expensive to create. We believe this will fuel demand for even more software. More developers will be needed to meet this additional demand. And third, *we expect customers will increasingly turn to GitLab as they build machine learning models and AI into their applications.* As we add ModelOps capabilities to our DevSecOps platform, this will invite data science teams as new personas, and we'll allow these teams to work alongside their Dev, Sec, and Ops counterparts. We see ModelOps as a big opportunity for GitLab.

*Expanding the addressable market will also create an opportunity to capture greater value. Later this year, we plan to introduce an AI add-on focused on supporting development teams. This new add-on will include Code Suggestions functionality. We anticipate this will be priced at $9 per user per month billed annually. This add-on will be available later this year across all our tiers.* All of this innovation accentuates a broader theme for our business: the differentiation between a Dev and DevSecOps platform. We believe that an AI-powered platform focused solely on the developer persona is incomplete. It is missing essential security, operations and enterprise functionality.

*Remember, developers spend only a small fraction of their time developing code. The real promise of AI extends far beyond code creation. And this is where GitLab has a structural advantage.* We are the most comprehensive DevSecOps platform in the market. Features like Code Suggestions and Remote Development are

important accelerants for developer efficiency. ***And to date, GitLab has more AI features geared towards developers than our competitors.*** However, that isn't enough. In order to achieve a 10x faster cycle time on projects, enterprises need an end-to-end platform that works across the entire software development life cycle.

*    *    *

We also believe ***we're in the early stages of capturing an estimated $40 billion addressable market***, a market that we've seen evolve from point solutions to a platform, from DIY DevOps to a DevSecOps platform. ***And AI will speed up different aspects of software creation and development. This, in turn, creates the need for a more robust security, compliance and planning capabilities. In today's era of rapid innovation, the power of a platform like GitLab to enable faster cycle times truly shines***.

33.    During the 1Q24 Earnings Call, Defendant Robins claimed that "customer churn is unchanged" following the Premium price increase. In response to an analyst's question, he stated "I am happy to say that the renewal rates and the churn and the land of new customers have been better than expected." He also stated during his prepared remarks, in relevant part:

As we mentioned on the prior call, we raised the price of our Premium SKU for the first time in 5 years. Over that time frame, we added over 400 new features, transitioned from a Dev platform to a DevSecOps platform. We shared that we expected the Premium price increase to have minimum impact in FY '24 with greater impact in FY '25 and beyond. ***The price increase, which took effect on April 3, is going as planned. We only had 1 month of renewals impacted by the price increase in the quarter. To date, customer churn is unchanged for the Premium customers who renewed in April, and our average ARR per customer increased in line with our expectations.***

34.    During the 1Q24 Earnings Call, Defendant Sijbrandij dismissed concerns about a deceleration or pressure on net retention rates. Specifically:

Analyst: Obviously, a stronger-than-expected quarter, but we are seeing this deceleration, I think, across all high-growth tech companies. . . . [H]ow should we think about pressure on net retention rates, customer acquisition that's coming from customers taking a more prudent approach in the current budgetary environment versus, I guess, rethinking needs for dev head count and reevaluating which dev tools to purchase just given all the gen AI innovations lately?

Defendant Sijbrandij: Yes, lots of things to unpack in your question. We see the macro trends continuing, and that's putting pressure on seat count. That was the same last quarter, and we anticipate that trend to continue. At the same time, we're super excited of what the macro is doing to the mindset of customers, because they say, hey, now we – it's time to consolidate. And at the same time, we see that the analysts are seeing that, hey, this is consolidating as a market. So we believe that DevOps platform is going to be the way that people will consolidate. We have the most comprehensive DevSecOps platform, which is also great if you look at the application of AI.

***We're able to apply AI not just for Code Suggestions but apply it across the entire***

*spectrum. We have more than 10 features that we were able to ship. And those 10 features, they drive value at every part along the stage. And as for how that influences the TAM, which you alluded to, we think AI is going to make it easier for more people to enter the fray. So we think it was a supply of more people using the product.*

*At the same time, when you see that software development becomes easier, we believe there's going to be more demand for it. Software development used to be very expensive. AI makes it more affordable. There's going to be more demand. And more demand, again, means more people entering the fray.* And last but certainly not least, it's an opportunity for us to manage not just the code that companies have, but also their models. And that's what we do with our MLOps functionality. We already allow you to run experiments with GitLab. We want to extend to a full MLOps managed platform where we add the data engineers to the constituents that use GitLab.

35.    In response to a question about GitLab's generative AI capabilities compared to the competition, Defendant Sijbrandij stated during the 1Q24 Earnings Call, in relevant part:

So *we're really fortunate that we have a single application, a single data store for the entire DevSecOps cycle, and we can apply AI to all of them. And that's led us to having 3x as many publicly usable AI features as our competition. That is a big advantage.* As long as at the beginning that, of course, you also need the code suggestions. But having the whole rest make sure that if you get more effective there, it works, and you get a faster cycle time throughout, and that's a really exciting development.

36.    Defendant Sijbrandij responded to a question about the trends in the expected number of seats on the 1Q24 Earnings Call, stating:

One other way to look at it is you have generative AI. It produces more code. All that codes also needs to be secured, also need to put in operations. *So if you don't have a good DevSecOps platform, you create a bottleneck at the beginning. That bottleneck is solved with the DevSecOps platform*.

37.    During the 1Q24 Earnings Call, Defendant Robins identified some "watch points" in the Premium subscribers but assured the Company was "happy with what we delivered." Specifically:

Analyst: It sounds like some of the strength there [on Ultimate] was driven from a business that was up for renewal in a smaller price point delta between Premium, Ultimate, and it also sounds like there was some strength there just on more net new customers landing at Ultimate. But I'm just curious given there's more renewal businesses sort of we progressed through 2Q in the second half, should we expect the Ultimate mix to continue to uptick here?

Defendant Robins: As we said before, and I think it's worth saying again, we don't compensate the sales team to sell Ultimate versus Premium. And so that is an output and not something that we're solving for. We want to deliver the best solution for the customer and get them a quick time to value and a positive business outcome. And so Ultimate had strength in the quarter. It's really driven by compliance, security and

all the additional product features that Ultimate has. ***When you go through and look at Ultimate and look at expansion, first orders and so forth, Ultimate performed well in a lot of the categories as expected. And so where we saw some pockets of weakness was really in Premium on expansion of our existing clients*** as well as the contraction. ***Churn was relatively low,*** but we still saw some contraction as well. And so like I said, Ultimate had a good quarter. ***There was some pockets of weakness in Premium, I'll call them watch points that we continue to watch.*** But overall, happy with what we delivered.

38.    On September 5, 2023, the Individual Defendants caused GitLab to issue a press release reporting its second quarter 2024 financial results. Therein, Defendant Sijbrandij stated: "***GitLab's strong quarter is a result of our focus on creating a differentiated and innovative DevSecOps platform*** and executing on a strong go-to-market motion[.] …We believe that our rapid pace of product innovation and strong customer demand position us to capture a greater share of the estimated $40 billion total addressable market opportunity."

39.    The same day, the Company held an earnings call in connection with second quarter 2024 financial results (the "2Q24 Earnings Call"). During the call, Defendant Robins stated that "customer behavior was in line with our expectations." Specifically, he stated, relevant part:

In April of this year, we raised the price of our premium SKU for the first time in 5 years. Over that time frame, we added over 400 new features. We believe this better aligns price with value for our customers and the investment we made over the past 5 years.

***In the first 4 months post launch, customer behavior was in line with our expectations. As a reminder, we anticipate minimal impact to our financials from this change in the current year. We expect the price increase to have a much larger impact in FY '25 and beyond.***

Looking back at the quarter. I want to touch on customer buying patterns, contraction and Ultimate trends. First, ***customer purchasing behavior in Q2 was consistent with Q1 of FY '24. We believe buying patterns appear to have stabilized.*** Second, contraction was lower than Q1 of FY '24 and appears to be stabilizing. Third, Ultimate, our top tier continues to see strong adoption driven by customer wins for security and compliance use cases.

40.    Moreover, Defendant Robins claimed the Premium price increase would drive long-term business, stating during the 2Q24 Earnings Call:

We remain on track to achieve free cash flow breakeven for FY '25. ***There are a number of drivers we are introducing that we believe should help fuel our business in FY '25. I touched on the first one earlier, which is the price increase in our premium tier***. Additionally, in Q2, we started enforcing user limits on our free SaaS tier. It's early, but we have seen additional free users upgrade to premium. The third driver is the launch of Dedicated. This allows us to address new opportunity for companies with complex security and compliance requirements. ***Finally, we plan to***

*monetize our AI capabilities by launching an add-on that will include code suggestions functionality later this year*.

41.    Defendant Robins also assured that the customer retention was above internal expectations following the Premium price increase. During the 2Q24 Earnings Call:

Analyst: Obviously, earlier this year, you announced a price increase in the way that's structured a lot of that won't be felt until fiscal 2025 and 2026. But now that it's been several months, can you maybe give us an update on kind of what you're seeing and hearing from customers on the price increase, retention trends and stuff like that?

Defendant Robins: And on the price increase, last quarter when we had our call, we only had a month of data. So happy to say we have 3 months of data this quarter. And I'm happy with the results. ***It's been in line to slightly above our expectations.*** As a reminder, we implemented the price increase because we put 400 new features in the platform, and we wanted that to match the value that we are providing to our customer. And so the guidance that we provided for this quarter as well as the full year includes that impact. When we went -- ***when we announced the price increase, we talked about just due to the ratable nature of the revenue and renewals coming up through the year. There would be very little impact in FY 2024 and the majority of the impact would come in FY 2025 with all the impact realized in the year of FY 2026***.

*            *            *

Analyst: Brian, your comment was customer behavior and the premium price increases in line with expectations. I just wanted to double click on that a bit. What does that mean? Does that mean that they're just – they're effectively taking the price increase? Are you seeing any -- I know it's not a factor, but typically that you've talked about, but are any moving to Ultimate? Just maybe a little bit more color on what in line with your expectations means?

Defendant Robins: Yes. Absolutely, Matt. When we did the price increase, we did an internal model that looked at bookings, churn, and we came up with what we thought our forecast would be on the overall net bookings. ***And so I would say overall bookings is more positive than our internal forecast and churn is less. And so we're seeing positive signs on every element of how we modeled it from a bookings and churn perspective***.

42.    During the 2Q24 Earnings Call, Defendant Sijbrandij claimed that customer response to GitLab's AI capabilities:

[T]he early feedback to Duo ***has been very positive. Customers get that they need AI features, not just for example, coding, but they need them throughout the DevOps life cycle***. And we've just published a report actually, we're publishing it today, the state of DevOps. And even for developers, which is only kind of 1/3 of a DevSecOps platform, only 25% of their time is spent coding, 75% of their time is elsewhere. So it's really important to have a set of features throughout the life cycle. We're really happy that we have 10 features out there already. And some of the oldest feature we have Suggested Reviewers has over 100,000 users today. So we're excited about progressing that further. ***And it's great to see that customers recognize that they need a suite of AI features, and therefore, we're excited about Duo***.

43.    Defendants suggested that customers were more receptive to the Company's Ultimate tier. Specifically, during the 2Q24 Earnings Call:

> Analyst: . . . I wanted to ask you on Ultimate. As existing premium customers kind of look to pay the higher price, are you seeing some of the conversations lead to kind of upgrading to Ultimate, especially as you have to get people and flow in some of the AI capabilities as well like suggested reviewers. Are those conversations from premium customers looking to upgrade starting to happen more?

> Defendant Sijbrandij: Yes, whatever we expect is baked into our guidance, but *we're seeing that it is a reason for people to reevaluate which tier am I going to be on. And we're seeing Ultimate being more and more top of mind for people.* We haven't decided on the packaging of the AI features yet. So although AI is a significant part of the conversation, it's not driving Ultimate per se because we're still working on our packaging for the AI features.

44.    Also during the 2Q24 Earnings Call, Defendant Robins commented on buying patterns as follows:

> Analyst: Brian, I just wanted to touch on the macro a little bit more. I appreciate the commentary and noting that NRR contracted again a little bit sequentially. So any guideposts you can put or rails around where that might go? I think you gave us a lot of indications around stabilization with behavior being consistent, some of the other metrics that you threw out. So just want to understand maybe where that NRR might bottom?

> Defendant Robins: So as I mentioned earlier, we did see some stabilization in Q2 over Q1. Customers are still buying what they need. And so the fact that last year, they're buying a lot more. In this year, they're just buying what they need is why you're seeing a slight drop in the net dollar retention rate. I am happy to say that every year since we've launched is still expanding. And so customers are still buying more year-over-year than what they've bought historically. *When you look at sort of – I've talked about historically that the watch point in the business was around contraction, and that was primarily contraction expansion primarily in our premium seats. I'm happy this quarter, we actually had a very good expansion quarter. Contraction has leveled out, and churn has always been much smaller. But both of those are reflected in the guidance going forward.*

> We didn't give out sort of what a target number is or where we think it will bottom out. If you look in the business, though, contraction started late in fourth quarter of last year. *And so we're about 3 quarters into this. Average contract length is a little over 14 months. So I expect we have another quarter, 1.5 quarters to go until we work through the cycle of the new buying patterns.*

45.    On December 4, 2023, the Individual Defendants caused GitLab to issue a press release announcing its third quarter 2024 financial results. It stated, in relevant part:

> "We delivered a strong quarter, which was driven by the continued adoption of our DevSecOps Platform," said Sid Sijbrandij, GitLab CEO and co-founder. "GitLab is the only DevSecOps company that integrates security, compliance, and AI into one platform. With enterprises facing complexity from all directions, they need a partner to help them realize business value. GitLab helps improve

developer productivity and reduces software spend, which is why our customers report seeing 7x faster cycle times with GitLab."

"Revenue grew 32% year-over-year, which demonstrates continued business momentum driven by our market-leading platform approach," said Brian Robins, GitLab chief financial officer. We continue to grow responsibly and delivered over 2,200 basis points of non-GAAP operating margin expansion. I am pleased to share that we had our first quarter of non-GAAP operating profit while continuing to invest in key product areas including security, compliance, AI, and Enterprise Agile Planning."

\*　　　\*　　　\*

• Announced updates to GitLab Duo, the company's suite of Artificial Intelligence ("AI") capabilities, including:

  o The beta release of GitLab Duo Chat, a natural-language AI assistant that provides users with real-time guidance, insights, and suggestions to help analyze code, assist with planning, understand and fix security issues, and troubleshoot CI/CD pipeline failures.

  o Code Suggestions, which helps development, security, and operations teams create new code and update existing code to reduce cognitive load, improve efficiency, and enable them to build more secure software faster, will be generally available in the GitLab 16.7 December 2023 product release.

  o The beta release of Vulnerability Summary, which provides AI generated explanations of security vulnerabilities and suggestions for how to fix them.

46.　　The same day, the Company held a conference call to discuss the third quarter 2024 financial results with analysts and investors (the "3Q24 Earnings Call"). During the call, Defendant Sijbrandij stated, in relevant part:

Now I'd like to discuss our second topic, which is our unique approach to AI. **_We already have 14 AI features available to our customers._** That's more than any other DevSecOps platform we continue to innovate. **_GitLab Duo is our suite of AI-powered DevSecOps workflows that enables customers to boost speed and efficiency without sacrificing privacy, security and compliance_**.

We have 3 principles in our AI strategy. First, we're the only platform that integrates AI throughout the entire software development life cycle. As developers become more effective, we enable security and operations team members keep pace. Also, developers only spend 25% of their time writing code. AI within DevSecOps should focus on more than just code creation.

Second, we are privacy and transparency first in our approach to AI. **_Our customers are eager to use AI,_** but they want to do so responsibly. To support them with this, we do not use their code to train the AI models used by other customers. Our privacy-first approach is why more than 50% of the Fortune 100 trust GitLab to secure their intellectual property.

And third, our AI is powered by a diverse set of models from technology partners as well as our own AI models. That allows us to select the best AI model for each use case. ***In Q3, we released the beta of GitLab Duo Vulnerability summary.*** This is a cool feature that provides AI-generated explanations of security vulnerabilities and suggestions for how to fix them. ***Another example of our progress is GitLab Duo Code Suggestions, our AI-powered code creation feature. It will be generally available in our December product release. We have been hearing from our customers that they are seeing efficiency improvements upwards of 50% with Code Suggestions.***

***And finally, we recently announced the beta release of GitLab Duo Chat***. With GitLab Duo Chat users can quickly understand project status, get help with planning and configuration, receive explanations of suggested code and generate tests, all without contact switching. To start, GitLab Duo Chat is available within GitLab UI, Web IDE and VS Code. We plan to add support for more editors in the future.

***Our approach to AI is resonating with our customers.*** For example, Amado Gramajo, Vice President of Infrastructure & DevOps at Nasdaq, recently shared his excitement about how Gitlab Duo will help Nasdaq protect their intellectual property and stay in line with regulatory mandates. And presenting at this year's Gartner Application Innovation Summit, Bal Kang at NatWest said, 'GitLab Duo enables our developers to be more productive, efficient and successful in creating secure code. We're excited to see the benefits of GitLab's AI features across the entire value chain, and even our most seasoned engineers are seeing value.'

47.    During the 3Q24 Earnings Call, Defendant Robins stated the following about customer buying behavior, in relevant part:

Looking back at the quarter, I want to share some of the areas we have been closely monitoring. These include sales cycles, win rates, contraction and Ultimate. In comparing Q3 with Q2 of FY '24, we have seen overall sales cycles lengthen. During Q3, buying behavior in our Enterprise segment stabilized. ***However, in the mid-market and SMB, we see customers continue to be cautious in an uncertain macro environment.*** We have adopted our go-to-market approach in this environment to deliver predictable and strong results. In Q3, our win rates have improved, signaling that the value proposition of the DevSecOps platform is resonating in the market. Contraction during Q3 also improved for the third consecutive quarter and is in line with levels from Q3 last year. …

48.    During the 3Q24 Earnings Call, Defendant Robins claimed that SMB and mid-market orders were lower than expected, but that the Premium price tier was still in line with expectations. Specifically, he stated:

We're happy with the performance of the Premium price SKU. ***It's in line with what we modeled. One of the things that we've noted is first orders, especially in SMB and mid-market, are lower than expected.*** And you'll see some of that in the base customers of greater than $5,000. But overall, we're happy with the Premium price impact, and it's in line with our expectations.

49.    The above statements were materially misleading because they failed to disclose that: (1) GitLab's AI features did not have the capabilities expressed; (2) there was weak market demand

for the touted AI integration throughout the software development lifecycle; (3) the Company was experiencing price sensitivity following the Premium price increase, especially for small- and medium business and mid-market customers; and (4) as a result of the above, Defendants' statements about GitLab's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

### C.    The Truth Slowly Emerges

50.    On March 4, 2024, GitLab issued a press release announcing its fourth quarter 2024 financial results, reporting $163.8 million revenue (33% year-over-year growth) and $579.9 million annual revenue (37% year-over-year growth). The Company also announced fiscal 2025 guidance, expecting revenue between $725 and $731 million, representing a growth rate of approximately 26% year-over-year. Moreover, GitLab announced that its Duo Pro was priced at $19 per user per month, $10 above the initial target price. Duo Pro is a paid add-on for AI features such as Code Suggestions, Chat, and other organizational control capabilities.

51.    On March 4, 2024, GitLab held a conference call in connection with the release of its fourth quarter 2024 financial results (the "4Q24 Earnings Call"). The lower-than-expected guidance was due to "normalization in buying behavior," which caused Defendants to be "less conservative this year than in the first 2 years." Defendants also revealed that GitLab needed time to "build its pipeline and close on new products" before they could have a "meaningful impact on [GitLab's[ ratable business model." This guidance did not reflect the Company's annual evaluation of its standalone selling price ("SSP"), which had not yet been completed.

52.    On this news, the Company's stock price fell 21% to close at $58.84 per share on March 5, 2024.

53.    On June 3, 2024, following the completion of its SSP analysis, GitLab announced an estimated $4 million headwind to fiscal 2025 guidance. On this news, the Company's stock price fell 5%.

54.    On June 25, 2024, GitLab announced the results of a survey with 5,300 chief experience officers, IT leaders, developers, and security and operations professionals regarding DevSecOps. The Company reported that, though 69% of global chief experience officers were

shipping software at least twice as fast as the prior year, only 26% had implemented AI. 56% of respondents found AI to be risky, and 40% cited concerns about privacy and data security as the top obstacle to implementing AI in the software development cycle.

55.    On July 1, 2024, GitLab announced an SMB Premium Tier for $19 per user per month, which effectively rolled back the prior year's price increase for this tier. The Company also offered Duo Pro for 60-day free trial for new and existing customers, underscoring the weak market demand for AI-powered features in the software development cycle.

**D.    The Individual Defendants Caused GitLab To Issue A Materially Misleading Proxy Statement**

56.    On April 30, 2024, Defendants Sijbrandij, Blasing, Saintil, Sullivan, Jacobson, Bedi, and Bostrom caused GitLab to issue a definitive proxy statement soliciting stockholder votes in advance of the special meeting to be held June 11, 2024. These seven Defendants solicited stockholder votes in favor of four management proposals, including the election of Bedi and Bostrom to new terms as Class III directors through the 2027 annual meeting.

57.    The proxy stated that Sijbrandij was not independent.

58.    The proxy incorporated by reference the purported risk factors stated in the Form 10-K for the period ended January 31, 2024, including that "[a]s our product offerings mature and expand our pricing and packaging for new products may result in existing customers purchasing new products on less favorable terms to us to replace the existing products they purchase or subscribe for from us." Specifically, the proxy incorporated by reference the risk factor stating:

> As our product offerings and the markets for our services mature, or as new competitors introduce new products or services that are similar to or compete with ours, we may be unable to attract new customers at the same price or based on the same pricing model as we have used historically. Moreover, some customers may demand greater price concessions or additional functionality at the same price levels. As a result, in the future we may be required to reduce our prices or provide more features without corresponding increases in price, which could adversely affect our revenues, gross margin, profitability, financial position and cash flow.

> In addition, our customers have no obligation to renew their subscriptions for our services after the expiration of the initial subscription period. A majority of our subscriptions are on a one-year period. Our customers may renew for fewer or other elements of our services or negotiate for different pricing terms. Our customers' renewal rates may decline or fluctuate as a result of a number of factors, including their dissatisfaction with our pricing or our services, their ability to continue their operations and spending levels, and changes in other technology components used

within the customer's organization. Changes in product packaging, pricing strategy, or product offerings, or the implementation or execution of the foregoing, may not be seen favorably by our customers and may have an adverse effect on our ability to retain our current customers and acquire new ones***. For example, we have previously discontinued certain lower priced product offerings, and during fiscal year 2024 we implemented a price increase in our Premium tier product offering, which may cause customers who previously used these tiers to opt for our free version or to cease using our products completely.*** We may also decide to raise the prices of our product offerings in the future. If our customers do not renew their subscriptions on similar pricing terms, our revenues may decline, and our business could suffer. In addition, over time the average term of our contracts could change based on renewal rates or for other reasons.

59.    Thus, the proxy was materially misleading because it concealed that GitLab's price increase for the Premium tier had already impacted customer retention and that, as a result, the Company would reverse the price increase as to SMB customers. The financial impact of these omitted facts was not revealed until July 1, 2024.

60.    On June 13, 2024, the Company filed a Form 8-K with the SEC, disclosing the results from the votes on the proposals contained the proxy. In particular, Bedi and Bostrom were reelected. The misleading disclosures were fundamental to the shareholder approval of these proposals. As a result of the misleading statements and omissions, the Company was harmed.

## VI.    DAMAGES TO THE COMPANY

61.    As a direct and proximate result of the Individual Defendants' conduct, GitLab has been seriously harmed and will continue to be. Such harm includes, but is not limited to:

a)    Any funds paid to settle the Securities Class Action; and

b)    Costs incurred from compensation and benefits paid to the Defendants who have breached their duties to GitLab.

62.    In addition, GitLab's business, goodwill, and reputation with its business partners, regulators, and shareholders have been gravely impaired.  The Company still has not fully admitted the nature of its false statements and the true condition of its business.  The credibility and motives of management are now in serious doubt.

63.    The actions complained of herein have irreparably damaged GitLab's corporate image and goodwill.  For at least the foreseeable future, GitLab will suffer from what is known as the "liar's discount," a term applied to the stocks of companies who have been implicated in illegal

1    behavior and have misled the investing public, such that GitLab's ability to raise equity capital or

2    debt on favorable terms in the future is now impaired.

3    **VII.    DERIVATIVE AND DEMAND FUTILITY ALLEGATIONS**

4        64.    Plaintiff brings this action derivatively in the right and for the benefit of GitLab to

5    redress injuries suffered, and to be suffered, by GitLab as a direct result of the wrongdoing alleged

6    herein.  GitLab is named as a nominal defendant solely in a derivative capacity.  This is not a

7    collusive action to confer jurisdiction on this Court that it would not otherwise have.

8        65.    Plaintiff will adequately and fairly represent the interests of GitLab in enforcing and

9    prosecuting its rights.

10       66.    Plaintiff has continuously been a shareholder of GitLab at times relevant to the

11   wrongdoing complained of and is a current GitLab shareholder.

12       67.    When this action was filed, GitLab's Board of Directors consisted of Defendants

13   Sijbrandij, Blasing, Saintil, Sullivan, Jacobson, Bedi, and Bostrom and non-party director Bill

14   Staples. Plaintiff did not make any demand on the Board to institute this action because such a

15   demand would be a futile, wasteful, and useless act, as set forth below.

16       68.    Sijbrandij is the Company's former CEO and therefore is not independent under

17   NASDAQ listing rules. As an employee, Sijbrandij derived substantially all of his income from his

18   employment with GitLab, thus he could not disinterestedly consider a demand for action that might

19   require him to sue the directors that control his continued employment and/or his fellow members

20   of management with whom he worked on a day-to-day basis. He presided over the Company during

21   the period that the material information was concealed. As a result, demand is futile to him.

22       69.    Bedi, Blasing, and Sullivan also served as members of the Audit Committee at

23   relevant times. As such they are responsible for the integrity of GitLab's financial statements. In

24   their capacities as Audit Committee members, Bedi, Blasing, and Sullivan reviewed and approved

25   the materially misleading statements and allowed them to be disseminated in GitLab's SEC filings

26   and other disclosures. Thus, Bedi, Blasing, and Sullivan breached their fiduciary duties and are not

27   disinterested, and demand is excused as to them.

28

70.    The entire Board is charged with overseeing the Company's affairs, including the Premium tier which constitutes a majority of GitLab's ARR. Therefore, a majority of the Board should have known of the material facts concerning this business, including that the price sensitivity among SMB customers to the Premium price increase. In their capacities as directors, a majority of the Board issued the misleading proxy statement which concealed the impact of the Premium price increase and, as a result, faces a substantial likelihood of liability.

## COUNT I

### Against the Individual Defendants for Breach of Fiduciary Duty

71.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

72.    The Individual Defendants each owes and owed to the Company the duty to exercise candor, good faith, and loyalty in the management and administration of GitLab's business and affairs, particularly with respect to issues as fundamental as public disclosures.

73.    The conduct by the Individual Defendants set forth herein was due to their intentional or reckless breach of the fiduciary duties they owed to the Company.  The Individual Defendants intentionally or recklessly breached or disregarded their fiduciary duties to protect the rights and interests of GitLab.

74.    In breach of their fiduciary duties owed to GitLab, the Individual Defendants willfully participated in and caused the Company to expend unnecessarily its corporate funds, rendering them personally liable to the Company for breaching their fiduciary duties.

75.    In particular, the Individual Defendants knowingly or recklessly made untrue statements and/or permitted the Company's public filings, disclosures, and statements to misleadingly report the Company's overall prospects.

76.    As a direct and proximate result of the breaches of their fiduciary obligations by the Individual Defendants, GitLab has sustained and continues to sustain significant damages, including direct monetary damages, exposure to liability from securities litigation and a loss of goodwill in the capital markets.  As a result of the misconduct alleged herein, Defendants are liable to the Company.

## COUNT II

**(Against Defendants Sijbrandij, Blasing, Saintil, Sullivan, Jacobson, Bedi, and Bostrom For Violations of Section 14(a) of the Exchange Act)**

77.    Plaintiffs incorporate by reference and reallege each and every allegation set forth above, as though fully set forth herein.

78.    Rule 14a-9, promulgated pursuant to §14(a) of the Securities Exchange Act of 1934, provides that no proxy statement shall contain "any statement which, at the time and in light of the circumstances under which it is made, is false or misleading with respect to any material fact, or which omits to state any material fact necessary in order to make the statements therein not false or misleading." 17 C.F.R. §240.14a-9. Specifically, the Company's proxy statement filed on April 30, 2024 violated §14(a) and Rule 14a-9 because it solicited stockholder approval to reelect Bedi and Bostrom as directors.

79.    In the exercise of reasonable care, defendants should have known that the statements contained in the proxy statement were materially false and misleading.

80.    The misrepresentations and omissions in the proxy statement were material to Company shareholders in voting on the proxy statement. The proxy statement solicited stockholder votes for: (i) director election; (ii) ratification of the independent accounting firm; (iii) executive compensation; and (iv) amendments to the Certificate of Incorporation. The proxy statement was an essential link in the accomplishment of the continuation of defendants' continued violation of their fiduciary duties.

81.    The Company was damaged as a result of the defendants' material misrepresentations and omissions in the proxy statement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of GitLab, demands judgment as follows:

A.    Declaring that Plaintiff may maintain this action on behalf of GitLab and that Plaintiff is an adequate representative of the Company;

1   B.  Against all of the Defendants and in favor of the Company for the amount of damages

2 sustained by the Company as a result of the Defendants' breaches of fiduciary duties, waste of

3 corporate assets, and unjust enrichment;

4   C.  Declaring that Defendants have breached and/or aided and abetted the breach of their

5 fiduciary duties to GitLab;

6   D.  Directing GitLab to take all necessary actions to reform and improve its corporate

7 governance and internal procedures to comply with applicable laws and to protect GitLab and its

8 stockholders from a repeat of the damaging events described herein, including, but not limited to,

9 putting forward for stockholder vote, resolutions for amendments to the Company's Bylaws or

10 Articles of Incorporation and taking such other action as may be necessary to place before

11 stockholders for a vote of the following corporate governance policies:

12    1.  a proposal to strengthen the Company's controls over financial reporting;

13    2.  a proposal to strengthen the Board's supervision of operations and develop

14 and implement procedures for greater stockholder input into the policies and guidelines of the

15 Board;

16    3.  a proposal to strengthen GitLab's oversight of its disclosure procedures;

17    4.  a provision to control insider transactions; and

18    5.  a provision to permit the stockholders of GitLab to nominate at least three

19 candidates for election to the Board;

20   E.  Extraordinary equitable and/or injunctive relief as permitted by law, equity, and state

21 statutory provisions sued hereunder, including attaching, impounding, imposing a constructive trust

22 on, or otherwise restricting the proceeds of Defendants' trading activities or their other assets so as

23 to assure that Plaintiff on behalf of GitLab has an effective remedy;

24   F.  Awarding to GitLab restitution from Defendants, and each of them, and ordering

25 disgorgement of all profits, benefits, and other compensation obtained by the Defendants;

26   G.  Awarding to Plaintiff the costs and disbursements of the action, including reasonable

27 attorneys' fees, accountants' and experts' fees, costs, and expenses; and

28   H.  Granting such other and further relief as the Court deems just and proper.

1

## <u>JURY DEMAND</u>

2

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury.

3

DATED:  February 19, 2025          GLANCY PRONGAY & MURRAY LLP

4

By:    */s/ Pavithra Rajesh*
Robert V. Prongay

5

Pavithra Rajesh

6

1925 Century Park East, Suite 2100
Los Angeles, California 90067

7

Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160

8

rprongay@glancylaw.com
prajesh@glancylaw.com

9

10

Benjamin I. Sachs-Michaels
745 Fifth Avenue, Fifth Floor

11

New York, New York 10151
Telephone: (212) 935-7400

12

bsachsmichaels@glancylaw.com

13

RM LAW, P.C.
Richard A. Maniskas

14

1055 Westlakes Dr., Suite 300
Berwyn, PA 19312

15

rmaniskas@rmclasslaw.com

16

*Counsel for Plaintiff Robert Jones*

17

18

19

20

21

22

23

24

25

26

27

28

## <u>VERIFICATION</u>

I, Robert Jones, do hereby verify that I am a holder of stock of GitLab Inc., and was a holder of such stock at the time of the wrongs complained of in the foregoing Verified Shareholder Derivative Complaint ("Complaint"). I have authorized the filing of the Complaint. I have reviewed the Complaint. All of the averments contained in the Complaint regarding me are true and correct upon my personal knowledge and, with respect to the remainder of the averments, are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.


Date:    02/18/25

*Robert Jones*
Robert Jones (Feb 18, 2025 13:21 EST)
Robert Jones