Robert V. Prongay (SBN 270796)
*rprongay@glancylaw.com*
Pavithra Rajesh (SBN 323055)
*prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff Robert Jones*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT JONES, derivatively on behalf of GITLAB INC.,<br><br>Plaintiff,<br><br>v.<br><br>SYTSE SIJBRANDIJ, BRIAN G. ROBINS, KAREN BLASING, MERLINE SAINTIL, GODFREY SULLIVAN, MATTHEW JACOBSON, SUNDEEP BEDI, and SUE BOSTROM,<br><br>Defendants,<br><br>GITLAB INC.,<br><br>Nominal Defendant | Case No. 5:25-cv-01735-EKL<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR VOLUNTARY DISMISSAL** |

Plaintiff Robert Jones ("Plaintiff") and Defendants Sytse Sijbrandij, Brian G. Robins, Karen Blasing, Merline Saintil, Godfrey Sullivan, Matthew Jacobson, Sundeep Bedi, and Sue Bostrom and Nominal Defendant GitLab Inc. (together, "Defendants"), by and through their undersigned counsel, hereby submit the following stipulation:

WHEREAS, on February 19, 2025, Plaintiff filed a Verified Shareholder Derivative Complaint against Defendants (the "Complaint");

WHEREAS, the Complaint asserts claims based on the same alleged events and circumstances in the securities class action captioned *Dolly v. GitLab Inc.*, Case No. 5:24-cv-06244-EKL (N.D. Cal.) (the "Securities Class Action");

WHEREAS, on April 22, 2025, the Court granted the Parties' stipulation to stay the Action pending resolution of the Securities Class Action (Dkt. No. 13);

WHEREAS, on August 14, 2025, the Securities Class Action was dismissed without prejudice;

WHEREAS, on September 8, 2025, the parties to the Securities Class Action filed a stipulation to dismiss that action with prejudice, and all parties to the Securities Class Action waived their rights to appeal any aspect of that action;

WHEREAS, in light of the foregoing, Plaintiff wishes to voluntarily dismiss this Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiff, GitLab Inc. ("GitLab"), and/or any other GitLab shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with the Action; and

WHEREAS, the Parties agree and respectfully submit that notice to shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any GitLab shareholder, or GitLab itself, to pursue the claims; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for this Court's approval, as follows:

1. The Action shall be dismissed without prejudice as to Plaintiff, GitLab, and/or any other GitLab shareholder; and

2. The Parties shall bear their own fees and costs in connection with the Action.

Respectfully submitted,

DATED: January 15, 2026

GLANCY PRONGAY & MURRAY LLP

By: */s/ Pavithra Rajesh*

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
prajesh@glancylaw.com

*Attorneys for Plaintiff*

DATED: January 15, 2026

FENWICK & WEST LLP

By: */s/ Catherine D. Kevane*

Catherine D. Kevane
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
ckevane@fenwick.com

*Attorneys for Defendants*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: January 15, 2026

*/s/ Pavithra Rajesh*
Pavithra Rajesh

* * *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 26, 2026

Hon. Eumi K. Lee
United States District Judge